UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEITH L. NASH,<br><br>                   Plaintiff,<br><br>    v.<br><br>ELDON VAIL, *et al*.<br><br>                   Defendants. | CASE NO. C09-5178RBL<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

The Court, having reviewed plaintiff's application to proceed in forma pauperis, does hereby find and ORDER.

Plaintiff's application for leave to proceed in forma pauperis (Doc. 1) is GRANTED. Plaintiff is not currently in custody, and plaintiff does not appear to have funds available to afford the $350.00 filing fee. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation..

The Clerk is directed to mail a copy of this Order to Plaintiff.

DATED this 20th day April, 2009.

                                                           J. Richard Creatura
                                                         United States Magistrate Judge