UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEITH NASH and JAMAR HURSE,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br>RICK ROBINSON, *et al*.<br><br>　　　　　　　　Defendants. | CASE NO. C09-5178RBL<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

The Court, having reviewed plaintiff' Jamar Hurse's application to proceed in forma pauperis, does hereby find and ORDER.

Plaintiff's application for leave to proceed in forma pauperis (Doc. 10) is GRANTED. Plaintiff does not appear to be in custody, and plaintiff does not appear to have funds available to afford the $350.00 filing fee. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to mail a copy of this Order to both Plaintiffs. The court notes that Mr. Hurse's address is the same as Mr. Nash's. If this is incorrect, plaintiffs are directed to provide the Clerk with the correct contact information, including current e-mail addresses and/or telephone number(s).

DATED this 21st day October, 2009.

　　　　　　　　　　　　　　　　　　　/s/ J. Richard Creatura
　　　　　　　　　　　　　　　　　　　J. Richard Creatura
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1