UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEITH L. NASH AND JAMAR HURSE,<br><br>                       Plaintiffs,<br>  v.<br><br>RICK ROBINSON, *et al*.,<br><br>                       Defendants. | Case No. 09-5178RBL/JRC<br><br>ORDER ADOPTING THE REPORT AND RECOMMENDATION TO DENY CLASS CERTIFICATION |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     This motion for class certification is **DENIED** for the reasons stated in the Report and Recommendation.

(3)     The clerk is directed to send copies of this Order to Plaintiffs, and the Hon. J. Richard Creatura.

DATED this 1st day of March, 2010.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1