HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L. NASH, et al,

    Plaintiffs,

v.

RICK ROBINSON, et al,

    Defendants.

Case No. C09-5178RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon the Magistrate Judge's Report and Recommendation. Having considered the entirety of the records and file herein, including Plaintiff Nash's Objections [Dkt. #62] thereto, the Court finds and rules as follows:

1. The Court adopts the Report and Recommendation;
2. Plaintiff's Motion for a Preliminary Injunction and Motion to Waive Bond are **DENIED**; and
3. This matter is re-referred to the Honorable J. Richard Creatura for further proceedings.

The Clerk shall send uncertified copies of this order to plaintiff and all counsel of record, and the Hon. J. Richard Creatura.

Dated this 20th day of October, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1