UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEITH L. NASH AND JAMAR HURSE,<br><br>                    Plaintiffs,<br>    v.<br><br>RICK ROBINSON, *et al*.,<br><br>                    Defendants. | Case No. 09-5178RBL/JRC<br><br>ORDER ADOPTING THE REPORT AND RECOMMENDATION |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) All claims raised by Jamar Hurse are dismissed with prejudice for failure of Mr. Hurse to respond to the motion for summary judgment.

(3) All claims of Mr. Nash are dismissed for the reasons set forth in the Report and Recommendation.

(4) The clerk is directed to send copies of this Order to Plaintiffs, and the Hon. J. Richard Creatura.

DATED this 26th day of November, 2010.

                                                  /s/ Ronald B. Leighton
                                                  RONALD B. LEIGHTON
                                                  UNITED STATES DISTRICT JUDGE

ORDER - 1