# United States District Court

## WESTERN DISTRICT OF WASHINGTON

KEITH L. NASH AND JAMAR HURSE

v.

RICK ROBINSON, *et al.*,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5178RBL/JRC

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

All claims raised by Jamar Hurse are dismissed with prejudice for failure of Mr. Hurse to respond to the motion for summary judgment.

All claims of Mr. Nash are dismissed for the reasons set forth in the Report and Recommendation.


    November 29, 2010
Date

    BRUCE RIFKIN
Clerk


    *s/CM Gonzalez*
Deputy Clerk